UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RUSSWORM, | 1:05-cv-00649-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 3, 7) |
| YATES, et al., | |
| Defendants. | |

Plaintiff, Dana Russworm ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 3, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On October 14, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.  To the extent
6  Plaintiff asks that the court order Defendants to process his
7  administrative appeals, Plaintiff has no constitutional right to
8  an administrative grievance procedure.  <u>Olim v. Wakinekona</u>, 461
9  U.S. 238, 249 (1983).  As explained by the Magistrate Judge,
10 Plaintiff's failure to complete the administrative process will
11 not result in dismissal of this action **if** Plaintiff can show
12 prison officials rendered the process unavailable.

13 To the extent Plaintiff asks that the court issue a
14 preliminary injunction requiring prison officials to allow him to
15 receive his state criminal trial records, Plaintiff's motion
16 fails to show a significant threat of irreparable injury.  <u>See</u>
17 <u>Arcamuzi v. Continental Air Lines, Inc.</u>, 819 F. 2d 935, 937 (9th
18 Cir. 1987).  Plaintiff admits his federal habeas corpus petition
19 has been dismissed.  Harm caused by Defendants' failure to allow
20 Plaintiff to bring his habeas corpus petition is necessary to
21 maintain an access to the court's claim.  <u>See</u>  <u>Lewis v. Casey</u>, 518
22 U.S. 343, 354 (1996) (The right of access is merely the right to
23 bring to court a grievance and is limited to direct criminal
24 appeals, habeas petitions, and civil rights actions).  Here, the
25 harm mentioned in the motion was Plaintiff's failure to file
26 objections to Magistrate Judge's recommendation in Plaintiff's
27 federal habeas corpus case.  The Constitution does not require
28 Defendants to enable Plaintiff to litigate effectively once in

2

court.  See Id. at 354.   While in the objections Plaintiff states his trial records are still necessary to file his appeal, Plaintiff does not make this argument in his motion.   A new theory cannot properly be raised in objections to Findings and Recommendations.  Greenhow v. Secretary of HHS, 863 F.2d 633, 638-39 (9th Cir. 1988), *overruled on other grounds by* United States v. Hardesty, 977 F.2d 1347 (9th Cir.1992).  Factual assertions that which could have been but were not presented to the Magistrate Judge should be given no consideration when the court is deciding whether to adopt Findings and Recommendations Sundaram v. County of Santa Barbara, 2001 WL 540515, *1 (C.D.Cal. 2001); Beam System, Inc. v. Checkpoint Systems, Inc., 1997 WL 423113, *9 n.9 (C.D.Cal. 1997).   Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed October 3, 2005, are ADOPTED IN FULL; and,

    2.   Plaintiff's motion for preliminary injunctive relief and temporary restraining order, filed May 17, 2005 and June 19, 2005, is DENIED.

The action is referred back to the Magistrate Judge assigned for further proceedings.

IT IS SO ORDERED.

**Dated:   November 30, 2005**         /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE