UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



FEB 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

DANA RUSSWORM,

    Plaintiff - Appellant,

v.

JAMES A. YATES; et al.,

    Defendants - Appellees.

No.  05-17404

D.C. No. CV-05-00649-AWI/LJO

**ORDER**

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith  [ ]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 2-21-06