UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA RUSSWORM,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES A. YATES, et al.,<br><br>          Defendants. | 1:05-CV-0649 AWI LJO P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #24) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:     February 15, 2007             /s/ Lawrence J. O'Neill**
b6edp0                                        UNITED STATES DISTRICT JUDGE